IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| MICHAEL SANTRY and SALLY SANTRY, | § § § | |
| Plaintiffs/Counter-Defendants, | § § | |
| V. | § § | No. 3:23-cv-649-K-BN |
| OCWEN LOAN SERVICING LLC, | § § § | |
| Defendant/Counter-Claimant. | § | |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. No objections were filed. The District Court reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the Court ACCEPTS the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

**SO ORDERED.**

**Signed September 18th, 2024.**

_____
ED KINKEADE
UNITED STATES DISTRICT JUDGE