IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| MICHAEL SANTRY and SALLY A. SANTRY, | § § | |
| Plaintiffs/Counter-Defendants, | § § | |
| v. | § § | No. 3:23-CV-649-K-BN |
| OCWEN LOAN SERVICING, LLC, | § § | |
| Defendant/Counter-Claimant. | § | |

**ORDER ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. No objections were filed. The District Judge reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and **GRANTS** Defendant Ocwen Loan Servicing, LLC's Motion for Attorney's Fees and Costs. (Dkt. No. 43.)

Accordingly, the Court awards Plaintiff a total of $22,150.00 in fees and costs (comprised of $21,748.00 in attorneys and paralegal fees and $402.00 in court costs).

**SO ORDERED.**

Signed May 7th, 2025.

_____
ED KINKEADE
UNITED STATES DISTRICT JUDGE